UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHIRLEY S. ABRAHAMSON, JOSEPH P. HEIM, DAVID PERKINS, JOHN V. LIEN, MARILYN WITTRY, and HILDE ADLER,<br><br>  Plaintiffs-Appellants,<br><br>vs.<br><br>SCOTT NEITZEL, in his official capacity as Secretary of the Wisconsin Department of Administration; WISCONSIN DEPARTMENT OF ADMINISTRATION; JUSTICES ANN WALSH BRADLEY, N. PATRICK CROOKS, MICHAEL J. GABELMAN, DAVID T. PROSSER, JR., PATIENCE D. ROGGENSACK, and ANNETTE KINGSLAND ZIEGLER, each in their official capacity as a justice of the Wisconsin Supreme Court; PAM RADLOFF, in her official capacity as Deputy Director of Management Services, Wisconsin State Courts; MARGARET BRADY, in her official capacity as human resources officer for the Wisconsin State Courts; DOUG LA FOLLETTE, in his official capacity as Secretary of State of the State of Wisconsin; and MATT ADAMCZYK, in his official capacity as State Treasurer of Wisconsin,<br><br>  Defendants-Appellees. | Case No. 15-cv-211 |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Shirley S. Abrahamson, Joseph P. Heim, David Perkins, John V. Lien, Marilyn Wittry, and Hilde Adler, in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from a Court Order Denying Plaintiffs' Motion for Preliminary Injunction entered in this action on the 19th day of May, 2015.

Date: May 27, 2015                                   Respectfully submitted,

                                                                           /s/Robert S. Peck
Robert S. Peck
DC Bar No. 419312
CENTER FOR CONSTITUTIONAL
  LITIGATION, P.C.
777 6th Street, N.W., Suite 520
Washington, DC 20001
Telephone: (202) 944-2874
Fax (202) 965-0920
robert.peck@cclfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Plaintiffs' Notice of Appeal was served upon all counsel of record on this 27th day of May, 2015 via the United States District Court's ECF Filing System.

                                                /s/Robert S. Peck
                                                Robert S. Peck

                                                *Attorney for Plaintiffs*