IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHIRLEY S. ABRAHAMSON, JOSEPH P. HEIM, DAVID PERKINS, JOHN V. LIEN, MARILYN WITTRY, and HILDE ADLER,

    Plaintiffs,

v.

SCOTT NEITZEL, in his official capacity as Secretary of the Wisconsin Department of Administration, WISCONSIN DEPARTMENT OF ADMINISTRATION, ANN WALSH BRADLEY, in her official capacity as a justice of the Wisconsin Supreme Court, N. PATRICK CROOKS, in his official capacity as a justice of the Wisconsin Supreme Court, MICHAEL J. GABLEMAN, in his official capacity as a justice of the Wisconsin Supreme Court, DAVID PROSSER, JR., in his official capacity as a justice of the Wisconsin Supreme Court, PATIENCE D. ROGGENSACK, in her official capacity as a justice of the Wisconsin Supreme Court, ANNETTE KINGSLAND ZIEGLER, in her official capacity as a justice of the Wisconsin Supreme Court, PAM RADLOFF, in her official capacity as Deputy Director of Management Services, Wisconsin State Courts, MARGARET BRADY, in her official capacity as human resources officer for the Wisconsin State Courts, DOUG LA FOLLETTE, in his official capacity as Secretary of State of the State of Wisconsin, and MATT ADAMCZYK, in his official capacity of State Treasurer of Wisconsin,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-211-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants motions for summary judgment and dismissing this case.

| s/V. Olmo, Deputy Clerk | 8/3/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |