UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHIRLEY S. ABRAHAMSON, JOSEPH P. HEIM, DAVID PERKINS, JOHN V. LIEN, MARILYN WITTRY, and HILDE ADLER,<br><br>  Plaintiffs-Appellants,<br><br>vs.<br><br>SCOTT NEITZEL, in his official capacity as Secretary of the Wisconsin Department of Administration; WISCONSIN DEPARTMENT OF ADMINISTRATION; JUSTICES ANN WALSH BRADLEY, N. PATRICK CROOKS, MICHAEL J. GABELMAN, DAVID T. PROSSER, JR., PATIENCE D. ROGGENSACK, and ANNETTE KINGSLAND ZIEGLER, each in their official capacity as a justice of the Wisconsin Supreme Court; PAM RADLOFF, in her official capacity as Deputy Director of Management Services, Wisconsin State Courts; MARGARET BRADY, in her official capacity as human resources officer for the Wisconsin State Courts; DOUG LA FOLLETTE, in his official capacity as Secretary of State of the State of Wisconsin; and MATT ADAMCZYK, in his official capacity as State Treasurer of Wisconsin,<br><br>  Defendants-Appellees. | Case No. 15-cv-211 |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Shirley S. Abrahamson, Joseph P. Heim, David Perkins, John V. Lien, Marilyn Wittry, and Hilde Adler, in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an Opinion and Order granting Defendants' motions to dismiss converted into motions for summary judgment entered in this action on July 31, 2015 and the subsequent Judgment in a Civil Case entered on August 3, 2015.

2

Date: September 2, 2015                              Respectfully submitted,

                                                                                                                              /s/Robert S. Peck
                                                                                                                               Robert S. Peck
                                                                                                                               DC Bar No. 419312
                                                                                                                               CENTER FOR CONSTITUTIONAL
                                                                                                                                     LITIGATION, P.C.
                                                                                                                              777 6th Street, N.W., Suite 520
                                                                                                                              Washington, DC 20001
                                                                                                                             Telephone: (202) 944-2874
                                                                                                                             Fax (202) 965-0920
                                                                                                                             robert.peck@cclfirm.com

                                                                                                                             *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Notice of Appeal was served upon all counsel of record on this 2nd day of September, 2015 via the United States District Court's ECF Filing System.

/s/Robert S. Peck
Robert S. Peck

*Attorney for Plaintiffs*
